UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| WILLIE WASHINGTON, | Case No. 2:20-cv-10149 |
| *Plaintiff,* | Stephen J. Murphy<br>United States District Judge |
| v. | |
| BRANDON SPEZIA, et al., | Patricia T. Morris<br>United States Magistrate Judge |
| *Defendants.* | |
| _____/ | |

## NOTICE TO APPEAR FOR SETTLEMENT CONFERENCE

**PLEASE TAKE NOTICE** that the above-entitled matter has been scheduled for Zoom settlement proceedings on **December 16, 2024 at 10:00 a.m. All parties with settlement authority are required to be present**. Failure to produce the appropriate person(s) at the conference may result in an award of costs and attorney fees incurred by the other parties in connection with the conference and/or other sanctions against the noncomplying party and/or counsel.

At least seven (7) days prior to the settlement conference, each party must submit a confidential settlement statement to the Magistrate Judge's chambers via mail at 1000 Washington Ave., P.O. Box 216, Bay City, MI 48707 or via e-mail to efile_morris@mied.uscourts.gov.

The settlement statement will not become a part of the case file but will be for the exclusive use of the Magistrate Judge in preparing for and conducting the settlement conference. These statements are **not** to be filed on the court's electronic record and copies **must not** be provided to the other parties in the case. The statements shall be limited to five (5) pages and shall include the following:

- A short summary of the facts, including a discussion of the strengths and weaknesses of the case (while mindful that the magistrate judge is not trying the case or deciding dispositive motions at this point);

- The parties' position on settlement, including a present settlement proposal;

- A report on settlement efforts to date and reasons for rejection of any offers;

- If not already part of the court file, copies of any critical agreements, business records, photographs or other documents or exhibits must be attached to the settlement statement;

The parties are encouraged to be candid in their statements and should provide sufficient information so the Magistrate Judge is informed of the factual and legal issues in the case. The summary should identify the remaining issues in the case and the evidence that supports the party's position on those issues. One attorney for each party should be prepared to give a short summary of their case at the beginning of the settlement conference.

Date: October 17, 2024	S/ PATRICIA T. MORRIS
	Patricia T. Morris
	United States Magistrate Judge