## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

WILLIE WASHINGTON,

       *Plaintiff,*

*v.*

BRANDON SPEZIA, et al.,

       *Defendants.*

_____/

Case No. 2:20-cv-10149

Stephen J. Murphy
United States District Judge

Patricia T. Morris
United States Magistrate Judge

## ORDER OF ASSIGNMENT OF COUNSEL

The Court having identified that the above-named Plaintiff(s), presently proceeding *in propria persona* in this matter, would benefit from the assistance of counsel for the limited purpose of a settlement conference, and the below named attorney having indicated that he/she is willing to accept pro bono assignment in this matter;

IT IS ORDERED that Joshua Goodrich, whose mailing address is:

       Lighthouse Litigation PLLC
       5208 W Saginaw Hwy, #81142
       Lansing, MI, 48917-1913

is hereby assigned to represent the above-named Plaintiff at the settlement conference.

IT IS FURTHER ORDERED that assigned counsel be provided, without cost and upon his/her request, copies of all pleadings filed to date in the matter, and that he/she proceed as counsel of record for the limited purpose of the settlement conference.

**IT IS ORDERED.**

Date: October 24, 2024                         S/ PATRICIA T. MORRIS
                                               Patricia T. Morris
                                               United States Magistrate Judge